UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| HILARY LEE SHEPHERD, <br><br> Plaintiff, <br><br> vs. <br><br> SOUTH DAKOTA DEPARTMENT OF CORRECTIONS, COLBY BUCKLES, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; BRENDA HYDE, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY; STEPHAN ALLARD, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; AND DOES 1-10, <br><br> Defendants. | 3:16-CV-03020-RAL <br><br><br> JUDGMENT OF DISMISSAL |

On March 3, 2017, the parties filed a Stipulation for Dismissal, Doc. 20. Based on the request of the parties, it is hereby

ORDERED, ADJUDGED AND DECREED that this case is dismissed on its merits, with prejudice and without taxation of costs, and that Judgment of Dismissal hereby enters under Rules 54 and 58 of the Federal Rules of Civil Procedure.

DATED this 8th day of March, 2017.

BY THE COURT:

_____
ROBERTO A. LANGE
UNITED STATES DISTRICT JUDGE